STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
ANTONIO DURANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DURANT,<br><br>Defendant. | CR 13-255 CW<br><br>STIPULATION TO CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of November 18, 2013 at 2:00 p.m., before the Hon. Claudia Wilken, be vacated and that sentencing be re-set for December 2, 2013 at 2:00 p.m..

The requested continuance is necessary because defense counsel is unavailable on November 18, 2013, having previously been scheduled to appear in the Eureka Division for a calendar on that date.

Date: September 3, 2013          /s/
                                 Ellen V. Leonida
                                 Assistant Federal Public Defender
                                 Counsel for defendant ANTONIO DURANT

Date: September 3, 2013          /s/
                                 BRIGID MARTIN
                                 Assistant United States Attorney

CR 13-255 CW
Stipulation to Continuance; [Proposed] Order          1

C

ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 2, 2013 at 2:00 p.m., before the Honorable Claudia Wilken for sentencing.

IT IS SO ORDERED.

9/4/2013
Date

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

CR 13-255 CW
Stipulation to Continuance; [Proposed] Order     2